# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | THE VERDE PORTAL LLC |
| **Case Number:** | 3:17-BK-08921-BKM  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 30, 2017 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | ELIZABETH IRISH |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

*Matter:*

ORDER TO SHOW CAUSE (NO ATTORNEY)

R / M #:   1 / 0

*Appearances:*

PATTY CHAN, ATTORNEY FOR U. S. TRUSTEE
NANCY MARCH, ATTORNEY FOR HAMLEG ENTERPRISES LLC
ALEX GOETTING, DEBTOR'S PRINCIPAL

*Proceedings:*

COURT:  THE COURT NOTES THAT THIS HEARING WAS SET BECAUSE THIS CASE WAS FILED WITHOUT COUNSEL.  THE COURT REVIEWS CASE LAW.

Mr. Goetting responds to the Court's questions.  He wrote a statement explaining why this case was filed.  He reads the statement into the record.  He did not obtain counsel.  He spoke to attorneys but could not find an attorney.

COURT:  THE COURT EXPLAINS THAT IT WILL DISMISS THIS CASE AND CANNOT RULE ON ISSUES.  THE COURT SUGGESTS TAKING MATTERS TO STATE COURT.

Ms. March responds to the Court's questions.  A foreclosure is set for 09-06-2017.

COURT:  IT IS ORDERED DISMISSING THIS CASE.

Case 3:17-bk-08921-BKM    Doc 22    Filed 08/30/17    Entered 09/05/17 13:09:03    Desc
Main Document     Page 1 of 1